IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

THERESA R. HUNTER                                                            PLAINTIFF

    V.                                    NO.  11-2211

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                               DEFENDANT

<u>JUDGMENT</u>

    For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.

    DATED this 10th day of October 2012.

                                     */s/ J. Marschewski*
                                     HONORABLE JAMES R. MARSCHEWSKI
                                     Chief United States Magistrate Judge

+